IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MARK SCHWEIM,                  )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      1:13cv275-MHT
                               )          (WO)
PILGRIM'S PRIDE POULTRY        )
PROCESSING,                    )
                               )
    Defendant.                 )
```

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of October, 2013.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE